Evan M. Hinkson, Administrator of Estate of Charlotte E. Dorn, Appellant, v. Paul H. Davis et al., Appellees.

Gen. No. 40,705.

opinion filed January 19, 1942; rehearing denied February 2, 1942. Rathje & Connor and Gerard A. Connor, for appellant; Gerard A. Connor, of counsel; Townley, Campbell, Clark & Miller, for appellees; J. Arthur Miller and Richard C. Bleloch, of counsel. Opinion by PRESIDING JUSTICE McSURELY. ''Not to be published in full.''